IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OMAHA COLD STORAGE TERMINALS, INC., | ) ) ) | |
| Plaintiff, | ) ) | 8:07CV11 |
| v. | ) ) ) | |
| PRESTON REFRIGERATION CO., INC., | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on plaintiff's motion for extension of time to file opposition to defendant Preston Refrigeration Co., Inc.'s amended motion to dismiss pursuant to the doctrine of *res judicata* and Rule 12(b)(6) (Filing No. 10). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion for extension of time is granted; plaintiff shall have until April 27, 2007, to file an opposition to defendant's amended motion to dismiss.

DATED this 28th day of March, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court