IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OMAHA COLD STORAGE TERMINALS, INC., | ) ) ) | |
| Plaintiff, | ) | 8:07CV11 |
| v. | ) ) | |
| PRESTON REFRIGERATION CO., INC., | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on defendant's motion for extension of time to file a reply brief to plaintiff's response to defendant's motion to dismiss (Filing No. 19).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion for extension of time is granted; defendant shall have until May 18, 2007, to file a reply brief.

DATED this 3rd day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court