IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OMAHA COLD STORAGE TERMINALS, INC., | ) ) ) | |
| Plaintiff, | ) ) | 8:07CV11 |
| v. | ) ) | |
| PRESTON REFRIGERATION CO., INC., | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on defendant's motion to withdraw its motion to strike OCST's experts (Filing No. 54). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion to withdraw its motion to strike OCST's experts is granted; the motion to strike is deemed withdrawn without prejudice.

DATED this 19th day of November, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court