IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
OMAHA COLD STORAGE TERMINALS, )
INC.,                         )
                              )
          Plaintiff,          )        8:07CV11
                              )
     v.                       )
                              )
PRESTON REFRIGERATION CO.,    )        ORDER
INC.,                         )
                              )
          Defendant.          )
_____)
```

IT IS ORDERED that a conference concerning the motion for thirty day extension of discovery deadline (Filing No. 60) and for clarification instruction and extension of time to take discovery (Filing No. 61) is scheduled for:

**Tuesday, December 18, 2007, at 9 a.m.**

in the Chambers of the undersigned: Suite 3190, Roman L. Hruska United States Courthouse 111 South 18th Plaza, Omaha, Nebraska. If the parties wish to participate by telephone, they shall advise the office prior to said date: (402) 661-7320.

DATED this 12th day of December, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court