IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OMAHA COLD STORAGE TERMINALS, INC., | ) ) ) | |
| Plaintiff, | ) ) | 8:07CV11 |
| v. | ) ) | |
| PRESTON REFRIGERATION CO., INC., | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on plaintiff's motion for thirty day extension of discovery deadline (Filing No. 60) and for clarification instruction and extension of time to take discovery (Filing No. 61), and motion for protective order (Filing No. 64).  After conference with counsel,

IT IS ORDERED:

1) Defendant is authorized to supplement the testimony of defendant's Rule 30(b)(6) witness with the supporting documents for the damage spread sheet which was presented during his deposition.  Copies shall be furnished to the plaintiff on or before December 21, 2007.  No further 30(b)(6) depositions are permitted by either party.

2) Defendant shall furnish to plaintiff a witness list of those expected to be called for trial on or before December 21, 2007.

3) If the attendance of any witness that has been designated by either party cannot be obtained by subpoena or otherwise, the parties are permitted to take depositions to preserve such testimony for use at trial.

4) Plaintiff is granted until January 9, 2008, to file a response to defendant's motion for summary judgment.

5) Other than as ruled upon in this order, the foregoing motions are denied.

DATED this 18th day of December, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court