IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
OMAHA COLD STORAGE TERMINALS   )
INC.,                          )
                               )
          Plaintiff,           )          8:07CV11
                               )
     v.                        )
                               )
PRESTON REFRIGERATION CO.,     )          ORDER
INC.,                          )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on the joint stipulation for dismissal with prejudice (Filing No. 83). The Court finds said stipulation should be approved and adopted. Accordingly,

IT IS ORDERED the joint stipulation is approved and adopted; this action is dismissed with prejudice, each party to pay their own costs, attorney fees and other related expenses of litigation.

DATED this 19th day of February, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court